Clayton C. James (Cal. Bar No. 287800)
clay.james@hoganlovells.com
**HOGAN LOVELLS US LLP**
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

*Attorneys for Apple Inc.
and Apple Korea, Inc.*



FILED

FEB 20 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



CV 19  80  046 MISC

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF APPLE INC. AND APPLE KOREA, INC.<br><br>Applicants. | Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT OF APPLE INC. AND APPLE KOREA, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, Applicant Apple Inc. states that it does not have a parent corporation and that it is not aware of any publicly held corporations owning ten percent or more of its stock. Applicant Apple Korea, Inc. identifies Apple Inc. as its parent and states that it is not aware of any publicly held corporations owning ten percent or more of its stock.

---

CORPORATE DISCLOSURE STATEMENT OF APPLE INC. AND APPLE KOREA, INC.

1

| | |
|---|---|
| 1 | Dated:  February 20, 2019 |
| 2 | Respectfully submitted, |
| 3 | /s/ *Clayton C. James* |
| 4 | Clayton C. James (Cal. Bar No. 287800)<br>clay.james@hoganlovells.com |
| 5 | **HOGAN LOVELLS US LLP**<br>4085 Campbell Avenue, Suite 100 |
| 6 | Menlo Park, CA 94025<br>Telephone: (650) 463-4000 |
| 7 | Facsimile: (650) 463-4199 |
| 8 | *Counsel for Apple Inc. and Apple Korea, Inc.* |

CORPORATE DISCLOSURE STATEMENT OF APPLE INC. AND APPLE KOREA, INC.